**Nicholas A. Kahl**, OSB No. 101145
NICK KALH, LLC
209 SW Oak Street, Suite 400
Portland, OR  97204
T: (971) 634-0829
F: (503) 227-6840
E: nick@nickkahl.com

**Laura L. Sheets***
**Steven D. Liddle***
**Lance T. Spitzig***
LIDDLE & DUBIN, PC
975 E Jefferson Avenue
Detroit, MI  48207
T: (313) 392-0015
F: (313) 392-0025
E: lsheets@ldclassaction.com
E: lspitzig@ldclassaction.com
*Admitted *Pro Hac Vice*

*Attorneys for the Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| MILES HART and ELIZABETH TANENBAUM, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs<br><br>vs<br><br>J.H. BAXTER & CO., INC. and J.H. BAXTER & CO., A CALIFORNIA LIMITED PARTNERSHIP<br><br>　　　　　Defendants. | Case No.: 6:21-cv-00663-MK<br><br>**RULE 16 SCHEDULING ORDER** |



The Court held a Rule 16 Conference in the above-captioned case on March 8, 2022. After discussion with counsel, the Court hereby ORDERS:

Additional parties to the lawsuit, if any, are to be joined by June 3, 2022. Plaintiffs may amend their Complaint by June 3, 2022, without seeking leave of Court.

By agreement of the parties, Initial Disclosures pursuant to Rule 26(a) are not required. Discovery is to be completed by June 2, 2023. All depositions of Defendants and witnesses affiliated with Defendants will take place jointly with the plaintiffs in *Bell-Alanis et al. v. J.H. Baxter & Co. et al.*, No. 6:21-cv-00885-MK. Each set of plaintiffs' counsel will have 7 hours to examine such a deponent. Although discovery is not bifurcated, discovery will focus primarily on issues pertaining to certifying the class until class certification is decided. There will be no expert discovery until class certification is decided.

Plaintiffs will file a motion for class certification by September 16, 2022. After class certification is decided, the Court will hold a scheduling conference to address how to handle expert discovery, a trial date, and any other matters that need to be decided.

Dispositive motions are due by August 11, 2023.

IT IS SO ORDERED.

DATED: <u>March 8</u>, 2022

                                              s/ Mustafa T. Kasubhai
                                               Mustafa T. Kasubhai (he/him)
                                              United States Magistrate Judge

Page 2 of 2 – RULE 16 SCHEDULING ORDER

NICK KAHL ATTORNEY
p: 971-634-0829
f: 503-227-6840
209 SW Oak Street, Suite 400
Portland, OR 97204